

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2018

No. 04-18-00040-CV

Eldo E. **FREZZA**, M.D.,
Appellant

v.

Melissa **FLORES**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017CVB000655D1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

Appellant's motion for en banc reconsideration, if any, is due on or before December 21, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court